UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23CR0956-JO |
|---|---|
| Plaintiff, | [PROPOSED] ORDER OF CRIMINAL FORFEITURE |
| v. | |
| MAURICIO CERVANTES ROSALES (4), | |
| Defendant. | |

WHEREAS, in the Second Superseding Information the United States sought forfeiture of all right, title, and interest in specific property and firearms and ammunition of Defendant, MAURICIO CERVANTES ROSALES, ("Defendant"), pursuant to Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c) as firearms and ammunition involved in the violations of Title 18, United States Code, Section 922(a)(1)(A) and Title 18, United States Code, Section 933(a), as set forth in Counts 1 and 2 of the Second Superseding Indictment; and as any and all property constituting, or derived from, any proceeds obtained directly or indirectly, as the result of the violation, and as any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation of Title 18, United States Code, Section 933(a) as set forth in Count 1 of the Second Superseding Information; and

WHEREAS, on or about October 19, 2023, Defendant pled guilty before Magistrate Judge Karen S. Crawford to the offenses set forth in Counts 1 and 2 of the Second

Superseding Information, charging the defendant with Conspiracy to Traffic Firearms and Engaging in the Business of Dealing Firearms Without a License in violation of Title 18, United States Code, Sections 933(a) and 922(a)(1)(A) and consented to the forfeiture allegations of the Second Superseding Information, and agreed pursuant to Title 18, United States Code, Sections 924(d), 934(a) and Title 28, United States Code, Section 2461(c) to forfeit all property seized in connection with this case including but not limited to the following:

    a. one Taurus International pistol, bearing serial number TIP96217; admin

    b. one Rock Island Armory pistol, bearing serial number R1A1447684;

    c. approximately 4 magazines; various firearm parts, and ammunition;

    d. One Rohm revolver, Model RG62, bearing serial number 16669;

    e. One non-serialized PMF pistol;

    f. One magazine; and

    g. Four rounds ammunition.

WHEREAS, on, November 30, 2023, this Court accepted the guilty pleas of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the Court finds that the United States has established the requisite nexus between the forfeited firearms and ammunition and the offenses; and,

WHEREAS, on or about August 25, 2023, the TAURUS INTERNATIONAL PT92 Pistol CAL:9 SN:TIP96217, ROCK ISLAND ARMORY INC. (GENESEO, IL) 1911A1 Pistol CAL:45 SN:R1A1447684, and ammunition were administratively forfeited by the Bureau of Alcohol Tobacco, Firearms and Explosives ("ATF");

WHEREAS, the following properties are currently in the custody of the Riverside County Sheriff's Office:

    d. One Rohm revolver, Model RG62, bearing serial number 16669;

    e. One non-serialized PMF pistol;

    f. One magazine;

g. Four rounds ammunition; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Based upon the guilty pleas of the Defendant to Counts 1 and 2 of the Second Superseding Information, the United States is hereby authorized to take custody and control of the following firearms and ammunition, and all right, title and interest of Defendant, MAURICIO CERVANTES ROSALES, in the property are hereby forfeited to the United States pursuant to Title 18, United States Code, Sections 924(d), 934(a), Title 28, United States Code, Section 2461(c) for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

    a. TAURUS INTERNATIONAL PT92 Pistol CAL:9 SN:TIP96217;

    b. ROCK ISLAND ARMORY INC. (GENESEO, IL) 1911A1 Pistol CAL:45 SN:R1A1447684

    c. approximately 4 magazines; various firearm parts, and ammunition

2. Based upon the guilty plea of the Defendant to Counts 1 and 2 of the Second Superseding Information, all right, title, and interest of Defendant MAURICIO CERVANTES ROSALES in the following assets, which are currently in the custody of the Riverside Sheriff's Office, are hereby forfeited to the United States pursuant to Title 18, United States Code, Sections 924(d), 934(a), Title 28, United States Code, Section 2461(c). The Court further orders that the Riverside Sheriff's Office shall dispose of these assets according to law, when no longer needed for evidence:

    d. One Rohm revolver, Model RG62, bearing serial number 16669;

    e. One non-serialized PMF pistol;

    f. One magazine;

    g. Four rounds ammunition.

3. The Court reaffirms the completed administrative forfeiture proceedings as to the aforementioned assets and therefore no ancillary proceedings or further forfeiture

actions are required in this case.

4. This order shall be incorporated and included as a part of the judgment in this case when Defendant is sentenced.

**IT IS SO ORDERED.**

DATED: 1/31/24

Honorable Jinsook Ohta
United States District Judge